

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00222-CV

**ARTURO SOLIS,**

                                             **Appellant**

 **v.**

**TEXAS DEPARTMENT OF CRIMINAL
JUSTICE AND DISTRICT CLERK OF
52ND JUDICIAL DISTRICT,**

                                             **Appellees**

---

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. COT-09-39041

---

## MEMORANDUM  OPINION

---

Arturo Solis, an inmate, attempts to appeal an order of costs from the trial court signed on March 22, 2010.  Solis filed a lawsuit against the Texas Department of Criminal Justice and an affidavit of inability to pay costs pursuant to Chapter 14 of the Texas Civil Practice and Remedies Code.  TEX. CIV. PRAC. & REM. CODE ANN. Ch 14 (Vernon 2002).  The trial court found Solis not to be a pauper and ordered costs in accordance with section 14.006(b) of the Texas Civil Practice and Remedies Code.  *Id*. § 14.006(b).  Solis's underlying lawsuit remains pending.

By letter dated July 5, 2010, the Clerk of this Court notified Solis that his appeal was subject to dismissal because it appeared there is no right to appeal the order Solis was attempting to appeal. Solis was warned that the Court would dismiss the appeal unless a response was filed showing grounds for continuing the appeal. Solis filed a response but it fails to show grounds for continuing the appeal. As part of the response, Solis requests that we convert his appeal to a petition for writ of mandamus. Doing so would not help Solis.

The complained of order is interlocutory and can neither be appealed at this time, nor can it be reviewed by mandamus. *See In re Hearn*, 137 S.W.3d 681, 684 (Tex. App.—San Antonio 2004, orig. proceeding); *see also McCray v. Allee*, No. 10-06-00243-CV, 2006 Tex. App. LEXIS 9215 (Tex. App.—Waco 2006, pet. dism'd). Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed September 8, 2010
[CV06]